Office of the Chapter 13 Trustee
1031 Front Avenue
P.O. Box 1907
Columbus, GA 31902

Telephone (706) 327-4151
In GA (800) 642-8809
Fax No. (706) 327-4277

July 08, 2014

Kyle George, Clerk
United States Bankruptcy Court
Middle District of Georgia
P.O. Box 1957
Macon, GA 31202

RE:
Case No. 09-12336-AEC
Stacey L. DavisSandra Faye Davis

Dear Mr. George:

Please note the new address for the above-referenced debtor(s):

Po Box 161
Baconton, GA  31716-0161

/s/  Jon DeLoach
Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com